**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Scott Rine HAZEL, Respondent.**

**No. 204 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 1, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of March, 2000, a Rule having been entered upon respondent by this Court on January 20, 2000, to show cause why the Order of this Court entered on January 12, 1999, imposing probation should not be modified and a Consent to Suspension having been filed, it is hereby

ORDERED that the Rule is made absolute, respondent's probation is revoked, respondent is suspended from the practice of law in this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.

R.D.E. It is further ORDERED that respondent shall pay the expenses of the investigation and prosecution of the revocation proceedings pursuant to Rule 208(g), Pa.R.D.E.

■

**In the Matter of Michael HAWKINS.**

**No. 557 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 1, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of March, 2000, Michael Hawkins having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated September 21, 1999; the said Michael Hawkins having been directed on December 22, 1999, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Michael Hawkins is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.